JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK YEREMYAN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. 2:23-cv-09934-AB-RAO<br><br>**ORDER DISMISSING CIVIL ACTION** |

Having reviewed the parties' Joint Stipulation for Voluntary Dismissal, and good cause appearing therein, this Court orders the action is hereby **DISMISSED** without costs and with prejudice as to all claims for relief against Defendant STATE FARM GENERAL INSURANCE COMPANY ("State Farm").

**IT IS SO ORDERED.**

Dated: September 16, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1